IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Zyprexa and Seroquel Products Liability Litigation / | **ORDER STAYING CASES PENDING DETERMINATIONS BY MDL PANEL** |

    Numerous actions involving Zyprexa and Seroquel products liability have been filed in this Court. Transfer determinations by the Judicial Panel on Multidistrict Litigation are pending as MDL-1596 and MDL-1769. Until those determinations are made, all of the following cases are **STAYED** and, accordingly, any deadlines or case management conferences in these cases are **VACATED**:

CV-06-00625-WHA, *O'Hosky v. Astrazenca Pharmaceuticals*

    **IT IS SO ORDERED.**

Dated: July 6, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE